UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DINO ALLEN MORENO,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Respondent. | ) CV 12-00981-SVW (SH)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Motion for Stay and Abeyance is denied, the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: April 30, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE